# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MATTHEW RYAN AUSTIN (2),<br><br>               Defendant. | Case No.: 22-CR-1823-GPC<br><br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>[ECF No. 105] |

Upon motion by the government, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Indictment (ECF No. 1), as to Mr. Austin only, without prejudice.

It is further **ORDERED** Mr. Austin be released from custody from the United States Marshals tank by noon on November 19, 2024, to the custody of his mother, Jennifer Austin.

**IT IS SO ORDERED.**

Dated: November 18, 2024

Hon. Gonzalo P. Curiel
United States District Judge